IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EUPHORIA CHOCOLATE CO., an Oregon corporation, | O R D E R<br>Civ. No. 09-6364-TC |
| Plaintiff, | |
| vs. | |
| CALVIN KLEIN, INC., a Delaware corporation, and MACY'S, INC., a Delaware corporation, | |
| Defendants. | |

AIKEN, Chief Judge:

    Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (filed December 18, 2009) is granted. Pursuant to Fed. R. Civ. P. 65, the court finds that plaintiff is likely to prevail on the merits, and there is a strong possibility of irreparable injury to plaintiff due to the likelihood of customer confusion and the national scope of

1 - ORDER

defendants' alleged infringement. See AMF, Inc. v. Sleekcraft Boats, 599 F.2d 341, 348-49 (9th Cir. 1979)(listing eight factors that govern the likelihood of confusion). The court also finds that the balance of hardships strongly favors plaintiff. See Idaho Sporting Congress, Inc. v. Alexander, 222 F.3d 562, 565 (9th Cir. 2000)(plaintiff must demonstrate either a combination of probable success on the merits and the possibility of irreparable injury or that serious questions are raised and the balance of hardships tips in it favor). Finally, the court finds that the temporary restraining order will not substantially harm defendants. Therefore, a temporary restraining order is entered prohibiting defendants from using plaintiff's registered brand "Euphoria" on candy.

IT IS SO ORDERED.

Dated this __21__ day of December 2009.

                                             s/Ann Aiken
                                               Ann Aiken
                                 United States District Judge

2 - ORDER